# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STANNARD, *et al.*, | Case No. 1:22-cv-01250-JLT-EPG |
| Plaintiffs, | ORDER RE: JOINT STIPULATION REGARDING FACTUAL ALLEGATIONS AND CAUSES OF ACTION TO FIRST AMENDED COMPLAINT |
| v. | |
| STATE CENTER COMMUNITY COLLEGE DISTRICT, *et al.*, | (ECF No. 9). |
| Defendants. | |

On October 19, 2022, the parties filed a joint stipulation regarding certain factual allegations and causes of action contained in Plaintiffs' First Amended Complaint. (ECF No. 9). According to the stipulation, the parties agree that Plaintiff Michael Stannard's claims are limited to the first and second causes of action in the pending First Amended Complaint. (*Id.* at 1-2). Further, Defendants' agree to file a "Notice of Amendment Motion and Withdrawal of Argument IV (C) Motion to Dismiss Plaintiffs' Complaint, as to David Richardson Only." (*Id.* at 2). Additionally, the stipulation indicates that after the execution and filing of the stipulation, Defendants will "withdraw the Special Motion to Strike, Anti-SLAPP." (*Id.*)

Based on the parties' stipulation, IT IS HEREBY ORDERED that:

1. For the purposes of this matter, unless amended, Plaintiff Michael Stannard's claims will be limited to the first two federal causes of action only;

1

2. For the purposes of this mater, unless the pleadings are amended, Plaintiff Michael Stannard is not seeking compensatory damages. Further, in the Prayer for Relief paragraph 6, compensatory damages are only requested by Plaintiff David Richardson;

3. The First Amended Complaint, and any subsequent amendments, should be read to be consistent with the parties' stipulation (ECF No. 9).

IT IS SO ORDERED.

Dated: __October 24, 2022__        /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

2